IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE J. DEMOR, as guardian of the person and Estate of Vincent J. Demor,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BURNS, DOMENIC MAZZOCCA, CHRISTOPHER HANDERHAN, MICHAEL MCKEOWN, JONATHAN BILLINGS, individually and in their official capacities, ALLEGHENY COUNTY, DANA PHILLIPS, individually and in her official capacity as Chief Operating Officer of Allegheny Correctional Health Services, Inc., and ALLEGHENY CORRECTIONAL HEALTH SERVICES, INC.,<br><br>Defendants. | Civil No. 12-1636 |

# **O R D E R**

AND NOW, this 30th day of March, 2016, upon consideration of Defendants' Second Motion for Summary Judgment (Doc. No. 99) and brief and statement of facts in support thereof (Doc. Nos. 100 and 101), filed in the above captioned matter on October 26, 2015, and in further consideration of Plaintiff's responses thereto (Doc. Nos. 103 and 104), filed on December 7, 2015, and in consideration of Defendants' reply (Doc. No. 105), filed on December 21, 2015,

IT IS HEREBY ORDERED that said Motion is GRANTED IN PART AND DENIED IN PART for the reasons set forth in the Court's Memorandum Opinion filed herewith. The motion is granted, and summary judgment is hereby entered, in favor of Defendants Daniel Burns,

Christopher Handerhan and Allegheny County, and denied as to Defendants Domenic Mazzocca, Jonathan Billings and Michael McKeown.

s/Alan N. Bloch  
Alan N. Bloch  
United States District Judge

ecf: Counsel of Record